**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-17-06-GF-BMM** |
| Plaintiff, | |
| vs. | |
| VANESSA TOPAZ BAHR, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 2, 2022. (Doc. 65.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 2, 2022. (Doc. 63.)  The United States accused Bahr of violating her conditions of supervised release 1) by failing to report for substance abuse testing on three separate occasions; 2) by using methamphetamine; 3) by consuming alcohol; 4) by failing to make restitution payments as directed by her probation officer; and 5) by failing to follow the instructions of her probation officer.  (Doc. 57.)

At the revocation hearing, Bahr admitted to violating the conditions of her supervised 1) by failing to report for substance abuse testing on three separate occasions; 2) by using methamphetamine; 3) by consuming alcohol; 4) by failing to make restitution payments as directed by her probation officer; and 5) by failing to follow the instructions of her probation officer. (Doc. 63.)  Judge Johnston found that the violations Bahr admitted proved to be serious and warranted revocation, and recommended that Bahr receive a custodial sentence of time served with 36 months of supervised release to follow.  (Doc. 65.)  Bahr was advised of her right to appeal and her right to allocute before the undersigned. She waived those rights. (Doc. 63.)  The violations prove serious and warrant revocation of Bahr's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 65) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Defendant Vanessa Topaz Bahr be sentenced to the custody of the United States Bureau of Prisons for a term of time served, with 36 months of supervised release to follow.

DATED this 2nd day of February, 2022.


_____
Brian Morris, Chief District Judge
United States District Court