# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VANESSA TOPAZ BAHR,<br><br>Defendant. | Case No. CR 17-06-GF-BMM<br><br>**ORDER** |

Upon motion of the Defendant, Vanessa Topza Bahr, for an Order Vacating Hearing, there being no objection from the Government:

IT IS HEREBY ORDERED: that the Final Revocation Hearing set for Tuesday, March 26, 2024, at 1:30 p.m. is VACATED; IT IS FURTHER HEREBY ORDERED: the Petition for Warrant for Offender Under Supervision (Doc. 73) is DISMISSED.

DATED this 25th day of March, 2024.

_____
Brian Morris, Chief District Judge
United States District Court

1